**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1203**

STEVEN T. CORBIN,

              Plaintiff – Appellant,

        v.

LEE J. LOFTUS AND JMO FINANCE STAFF, Department of
Justice/Justice Management Division; TILTON & BERNSTEIN
MANAGEMENT,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge.
(8:15-cv-02118-RWT)

Submitted:  November 7, 2016        Decided:  November 28, 2016

Before MOTZ, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven T. Corbin, Appellant Pro Se. Jane Elizabeth Andersen,
OFFICE OF THE UNITED STATES ATTORNEY, Allen F. Loucks, Assistant
United States Attorney, Baltimore, Maryland, for Appellee Lee J.
Loftus and JMO Finance Staff.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven T. Corbin appeals the district court's order granting Lee J. Loftus and JMO Finance Staff's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and dismissing his complaint as to all parties. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm substantially for the reasons stated by the district court.* Corbin v. Loftus, No. 8:15-cv-02118-RWT (D. Md. Nov. 10, 2015). We also deny Corbin's petitions for a writ of mandamus and his pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* To the extent that Corbin seeks to challenge the removal of another currently pending civil action, Corbin v. Lynch, No. 8:16-cv-01495-RWT (D. Md. May 18, 2016), his notice of appeal did not designate a decision or judgment in that case, see Fed. R. App. P. 3(c)(1)(B), and there has been no ruling by the district court on a motion to remand.